198 So. 272

**Paul CORSBIE et al. v. J. N. POORE.**

**6 Div. 735.**

Supreme Court of Alabama.

Oct. 24, 1940.

W. L. Chenault, of Russellville, for petitioners.

Fite and Fite, of Hamilton, opposed.

FOSTER, Justice.

Petition of Paul Corsbie and Ervin Sutherland for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Corsbie et al. v. Poore, 29 Ala.App. 487, 198 So. 268.

Writ denied.

GARDNER, C. J., and BOULDIN and LIVINGSTON, JJ., concur.